IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TILILA SUMCHAI,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-CV-2027 DJC<br><br>ORDER |

**ORDER**

The Court, having received, read, and considered the government's Motion to Intervene and Stay, and good cause appearing therefrom, pursuant to Federal Rules of Civil Procedure 24(a)(2) and 24(b)(1)(B), the United States is granted leave to intervene in the above-captioned matter; and

IT IS FURTHER ORDERED that, in the interests of justice, the above-captioned matter is hereby stayed until the criminal case is completed.

Dated:  November 20, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE